**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **CRIMINAL NO. PX-20-148** |
| | * | |
| **GLENDA HODGES,** | * | |
| | * | **UNDER SEAL** |
| **Defendant** | * | |
| | * | |
| | ******** | |

**CONSENT MOTION TO CONTINUE RESPONSE DEADLINE**

The United States of America, with the consent of the defendant, respectfully moves this honorable Court to continue the government's deadline in which to respond to the defendant's pretrial motions by two days, namely to on or before July 8, for the following reasons.

1.      On March 10, 2021, a grand jury for the District of Maryland returned a Superseding Indictment that charged Hodges with seven counts of wire fraud, two counts of bank fraud, two counts of aggravated identity theft, and one count of bank fraud while on release.

2.      On May 10, 2021, Hodges filed motions to sever counts and exclude evidence (ECF 51), suppress statements (ECF 50), and strike surplusage from indictment (ECF 49).

3.      During a status call on May 13, 2021, the Court set in additional dates related to pretrial motions.  Specifically, any additional pretrial motions were to be filed on or before June 14, 2021; the government's omnibus response is due on or before July 6, 2021; and the defendant's reply is due on or before July 19, 2021.  A hearing on the motion is currently scheduled for July 26, 2021.

4.      On June 16, 2021, AUSA Caitlin Cottingham entered her appearance in the case.

5.      Undersigned counsel is scheduled to be on leave from July 2 through July 5, and AUSA Cottingham is scheduled to be on leave July 6.   The case agent is currently on leave, returning July 5.

6.      As such, the government, with counsel for the defendant's consent, now respectfully asks the Court to continue the government's response deadline by two days, to July 8, 2021.   The government further requests that the Court grant the defendant an additional two days in which to file a reply, to July 21, 2021.

DATE: June 29, 2021                    Respectfully submitted,

                                       Jonathan K. Lenzner
                                       Acting United States Attorney

                             By:   ___/s/_____
                                       Kelly O. Hayes
                                       Assistant United States Attorney

It is so **ORDERED**, this _____ day of June, 2021.


                                       _____
                                       Honorable Paula Xinis
                                       United States District Judge