**OFFICE OF THE FEDERAL PUBLIC DEFENDER**
**DISTRICT OF MARYLAND**
NORTHERN DIVISION
TOWER II, 9th FLOOR
100 SOUTH CHARLES STREET
BALTIMORE, MARYLAND  21201-2705
TEL: (410) 962-3962
FAX: (410) 962-0872
EMAIL:  Meghan_Michael@fd.org

JAMES WYDA
FEDERAL PUBLIC DEFENDER

MEGHAN MICHAEL
ASSISTANT FEDERAL PUBLIC DEFENDER

August 2, 2021

The Honorable Paula Xinis
United States District Court Judge
United States District Court
 for the District of Maryland
6500 Cherrywood Lane
Greenbelt, MD 20770

Via CM/ECF

>        **Re:**     *United States v. Glenda Hodges*, PX-20-148

Dear Judge Xinis:

On behalf of Ms. Hodges, we respectfully request that the Court reconsider its order of detention, entered on March 11, 2021, and set release conditions for Ms. Hodges at this time.  The reasons for this request are two-fold.

First, Ms. Hodges is experiencing severe mental and emotional distress as a result of her detention.  Ms. Hodges has been evaluated by a psychologist, Dr. Janice Stevenson, Ph.D, who has diagnosed her with Acute Stress Disorder as a result of her conditions of confinement.  *See* Attachment A (Stevenson Report).  Dr. Stevenson explains in her report that Ms. Hodges lacks coping mechanisms suited to her current environment, resulting in extreme vulnerability, stress, anxiety, and adverse health consequences.  As a result of her deteriorated mental health, Ms. Hodges has been unable to focus on her legal situation and unable to meaningfully assist her counsel in preparing a defense.

Second, the rapidly emerging Delta variant of the coronavirus poses significant new threats to Ms. Hodges' health and safety.  In recent weeks, public health authorities have sounded alarms about the potential dangers of the Delta variant.  A recently published internal CDC document

August 2, 2021
Page 2

warns that "the war has changed" with the emergence of the Delta strain.[1]  The new variant "appears to cause more severe illness than earlier variants and spreads as easily as chickenpox."[2] In addition, new research suggests that "vaccinated individuals infected with delta may be able to transmit the virus as easily as those who are unvaccinated," and that "vaccinated people infected with delta have measurable viral loads similar to those who are unvaccinated and infected with the variant."[3]

The director of the CDC recently warned: "The Delta variant is more aggressive and much more transmissible than previously circulating strains."[4]  As a result, COVID-19 cases are surging across the nation.  The CDC estimates that the Delta variant now accounts for approximately 82% of new cases in the United States.[5]  As the Court is aware, Ms. Hodges is 70 years old and suffers from numerous health conditions that, together with her age and race, render her especially vulnerable to COVID-19.

Under these circumstances, we respectfully submit that release on the most stringent conditions—to include home confinement, location monitoring, and restrictions on phone and internet use—will appropriately balance the government's interest in ensuring that Ms. Hodges does not pose a danger to the community against Ms. Hodges' own health and safety as well as her need to assist counsel in preparing her own defense.

Sincerely,
/s/
Meghan Michael
Liz Oyer
Assistant Federal Public Defenders

---

[1] 'The war has changed': Internal CDC document urges new messaging, warns delta infections likely more severe, The Washington Post (July 29, 2021), at https://www.washingtonpost.com/health/2021/07/29/cdc-mask-guidance.

[2] Id.

[3] Id.

[4] The Delta Variant: What Scientists Know, The New York Times (updated July 30, 2021), at https://www.nytimes.com/2021/06/22/health/delta-variant-covid.html (quoting Dr. Rochelle P. Walensky).

[5] Id.