IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**UNITED STATES OF AMERICA**    \*

**v.**    \*   Criminal No. PX-20-0148

**GLENDA HODGES**    \*

\* \* \* \* \* \* \* \* \* \*

## ORDER

Upon the parties' Joint Motion to Designate Examiner for Evaluation Pursuant to 18 U.S.C. § 4241, and for good cause shown, it is hereby

ORDERED that Eric Lane, Psy.D., PA (the "examiner"), be designated to conduct a psychological examination of Ms. Hodges pursuant to 18 U.S.C. § 4241 and § 4247 and prepare a report that shall comply with the requirements set forth in 18 U.S.C. § 4247(c) and shall include: (1) the Defendant's history and present symptoms; (2) a description of the psychiatric, psychological, and medical tests that were employed and their results; (3) the examiner's findings; and (4)(A) the examiner's opinion as to diagnosis, prognosis, and whether the Defendant is suffering from a mental disease or defect, rendering her mentally incompetent to the extent that she is unable to understand the nature and consequences of the proceedings against her or to properly assist in her defense; and it is further

ORDERED that the examiner shall provide this report to defense counsel and counsel for the government by no later than September 10, 2021; and it is further

ORDERED that the Federal Public Defender shall pay the fees of the examiner; and it is further

ORDERED that the parties shall file the examiner's report of findings in accordance with 18 U.S.C. § 4247; any objections thereto; their positions on whether a competency hearing is

2

necessary; and any request by the government that the Court approve the designation of an additional examiner, if necessary, by not later than September 17, 2021.

SO ORDERED.

| | |
|---|---|
| 8/12/21 | /S/ |
| Date | Hon. Paula Xinis<br>United States District Judge |